IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **LJT & ASSOCIATES, INC.**<br>　　117 S Wahsatch Ave<br>　　Colorado Springs, CO 80903<br><br>　　Plaintiff,<br><br>v.<br><br>**PERATON, INC.**<br>　　12975 Worldgate Dr<br>　　Suite 7322<br>　　Herndon, VA 20170<br><br>SERVE:  Agent for Service<br>Cogency Global Inc.<br>250 Brown Hills Ct.<br>Midlothian, VA 23114<br><br>　　Defendant. | Civil Action No.   24-cv-251 |

## COMPLAINT

COMES NOW Plaintiff LJT & Associates, Inc. ("Plaintiff"), by counsel, and for its Complaint against Defendant Peraton, Inc. (hereinafter "Defendant"), respectfully states as follows:

### Introduction

This is an action for unpaid invoices arising out of Defendant's breach by failure to pay Plaintiff.  Plaintiff and Defendant entered into agreements which obligated Defendant to make payments in exchange for Plaintiff's performance of its contractual obligations.  Plaintiff fully performed its obligations, while Defendant has ultimately breached its obligations to pay, and

Defendant presently owes Plaintiff for work past billed, as well as any consequential damages that may be allowed by law.

## Parties

1. Plaintiff LJT & Associates, Inc. is a Delaware corporation with its principal place of business in Colorado. Plaintiff has at all relevant times engaged in various IT and consulting business lines, including subcontracting for federal prime contractors, as well as prime contracting for the federal government.

2. Defendant Peraton, Inc is a Maryland corporation with its principal place of business at 12975 Worldgate Dr, Ste 7322, Herndon, VA, 20170. Defendant has at all relevant times engaged in various IT and consulting business lines, including subcontracting for federal prime contractors, as well as prime contracting for the federal government. Peraton is the prime contractor for the NASA Contract NNG16WA70C, known as NASA Sounding Rocket Operations Contract or "NSROC").[1] Upon information and belief, Peraton, Inc. was formed as the result of an acquisition and renaming of the former Harris Corporation.

## Jurisdiction and Venue

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because complete diversity of citizenship exists between LJT and Peraton, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1) and 28 U.S.C. § 1391(c)(2) because Peraton is subject to personal jurisdiction in this District (*inter alia*,

---

[1] Peraton's corporate history also includes acquisition of certain lines of business of Northrop Grumman, which itself had acquired Orbital ATK Inc. which was formed as a merger of Orbital Sciences Corporation and Alliant Techsystems, Inc. As a result of this corporate history, and Peraton's current status as the prime contractor for NSROC, Peraton is liable to LJT for the subcontract discussed herein.

2

pursuant to Va. Code Ann. §8.01-328.1(A)(1)-(2)) and, consequently, Peraton is deemed to reside in this District.

5.  Venue is also proper in this District and this Division pursuant to 28 U.S.C. § 1391(b)(1), as Defendant's principal offices are located in Herndon, Virginia according to the State Corporation Commission, and in Reston, Virginia according to Peraton, Inc.'s website.

## Facts

1.  Peraton entered into Prime Contract NNG16WA70C with the United States National Aeronautics and Space Administration ("NASA"), pursuant to which Peraton agreed to provide certain products and/or services to NASA (the "Prime Contract").

2.  Effective October 1, 2016, LJT entered into a Cost Plus Fixed Fee-Term (Level of Effort)/Technical Performance Incentive Fee Subcontract (the "LJT Subcontract") with Peraton.[2] A true and correct copy of the Task Order Notification and subcontract are attached as **Exhibit A** and incorporated by reference.

3.  Pursuant to its express terms, the LJT Subcontract was authorized under the Prime Contract.

4.  Under the Purchase Order, Peraton agreed to purchase from LJT, and LJT agreed to provide, specified services, product, and support.

5.  Peraton agreed to pay LJT pursuant to the terms of the LJT Subcontract.

6.  LJT has performed in accordance with the terms of the LJT Subcontract.

---

[2] This Complaint refers to the Defendant throughout as "Peraton," which has succeeded in interest to the subcontract described herein, through acquisition and novation.  The original LJT Subcontract was signed in 2016 with Orbital Sciences Corporation, which no longer exists as the result of the corporate history of acquisitions and mergers.  The parties continued to perform the contract throughout its duration, including through Peraton's acquisition of the relevant entities.

A copy of the LJT Subcontract's Modification #11 is attached hereto as **Exhibit C.**  Likewise, Peraton issued a memorandum in April 2021 identifying the NSROC contract novation, "This amendment changes the applicant from Orbital Sciences Corporation to Peraton Corp."  See **Exhibit D.**

**LJT & Associates, Inc's Final Invoice for Indirect Rate Adjustments**

7. In the fall of 2023, LJT duly issued a final invoice to Peraton for the 2016-2021 indirect rate adjustments (the "Outstanding Invoice"). The invoice totaled $1,664,671.66. A true and correct copy of this invoice is attached hereto as **Exhibit B**.

8. The balance due and owing to LJT on the Outstanding Invoice 1 is $1,664,671.66..

9. Peraton has not disputed the work, products, or services, or argued that agreed-to services were not provided, or that the amounts invoiced are incorrect or not owed.

10. The invoice defined the payment terms as "Net 15."

11. LJT has made several good faith efforts to obtain payment from Peraton of the Outstanding Invoice.

12. Peraton has failed to pay any portion of the Outstanding Invoice, in breach of the LJT Subcontract, the NSROC Prime Contract, and applicable laws.

13. An email from Peraton's Subontracts Administrator stated Peraton's "Finance was instructed to withhold payment related to this because LJT owes Peraton on a separate contract."

14. Peraton continues to wrongfully withhold these undisputed payments owed on the Outstanding Invoice.

**COUNT I – BREACH OF CONTRACT**

15. The preceding paragraphs are incorporated by reference as though fully set forth herein.

16. Plaintiff and Defendant (or its predecessor) entered into the LJT Subcontract, effective on October 1, 2016.

17. The LJT Subcontract is an enforceable contract between LJT and Peraton.

18. LJT has fully complied with all its obligation under that contract.

19. LJT issued the Outstanding Invoice to Peraton for amounts due under the LJT Subcontract. **See Exhibits B.**

20. Peraton has failed to perform its duties under the contract, namely rendering payments to LJT as provided under the LJT Subcontract.

21. The overdue and outstanding balance on the Outstanding Invoice that Peraton has failed to pay, in breach of its contractual obligations, totals $1,664,671.66.

22. Peraton is in breach of contract, and its breach has caused LJT to sustain damages in an amount to be determined at trial, but in no event less than $1,664,671.66.

23. Peraton is also liable for pre- and post-judgment interest, as well as attorneys' fees under applicable contractual provision or federal law.

WHEREFORE, LJT & Associates, Inc. respectfully requests that the Court enter judgment in favor of LJT and against Peraton as follows:

(1) compensatory damages for no less than $1,664,671.66, which amount will be proven at trial; (2) all costs associated with this action; (3) pre- and post-judgment interest at a rate permitted by law; (4) attorneys' fees and costs of collection; and (5) such other and further relief as this Court deems proper.

February 20, 2024							Respectfully submitted,
											**LJT & ASSOCIATES, INC.**


											By:	/s/ Ryan C. Posey
												Ryan C. Posey (VA Bar # 85109)
												**POSEY LEBOWITZ PLLC**
												3221 M Street, NW
												Washington, DC  20007
												Telephone:  (202) 524-0123
												Facsimile:  (202) 810-9009
												E-mail:  rposey@poseylebowitz.com

												*Attorney for Plaintiff*