# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **LJT & ASSOCIATES, INC.,** : | |
| : | |
| Plaintiff/Counterdefendant, : | |
| : | Civil Action No. 1:24-cv-251-RDA |
| v. : | |
| : | |
| **PERATON INC.,** : | |
| : | |
| Defendant/Counterclaimant. : | |
| : | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Counterdefendant LJT & Associates Inc. and Defendant/Counterclaimant Peraton Inc., by and through their undersigned counsel, hereby stipulate to the dismissal of this action, including all claims and counterclaims, without prejudice to the refiling thereof.

(1) Each party reserves all rights and defenses as if the action had not been filed.

(2) Each party shall bear its own attorneys' fees and costs.

February 10, 2025                                   Respectfully submitted,


                                                    By:
                                                        /s/ Ryan C. Posey
                                                        Ryan C. Posey (VA Bar # 85109)
                                                        **POSEY LEBOWITZ PLLC**
                                                        3221 M Street, NW
                                                        Washington, DC  20007
                                                        Telephone:  (202) 524-0123
                                                        Facsimile:  (202) 810-9009
                                                        E-mail:  rposey@poseylebowitz.com

*Attorney for Plaintiff/Counterdefendant*

/s/ Jessica Hare_____
Jessica Haire
Virginia State Bar No. 82513
Thompson Hine LLP
1919 M Street, NW, Suite 700
Washington, DC 20036
Phone: 202.973.2778
Fax: 202.331.8330
Jessica.Haire@thompsonhine.com.
*Attorney for Defendant/Counterclaimant*
*Peraton Inc.*

## CERTIFICATE OF SERVICE

I hereby certify on February 10, 2025, a copy of the foregoing was filed with the Clerk via the Court's ECM/ECF system and thereby electronically served on the following:

Jessica Haire, Esq.
Thompson Hine LLP
1919 M Street NW, Suite 700
Washington, D.C. 20036
*Jessica.Haire@thompsonhine.com*

*Counsel for Defendant Peraton Inc.*

                                                /s/ Ryan C. Posey
                                                Ryan C. Posey, Esq.